Randolph, 24 Tex. 317; City of Chicago v. Evans, 24 Ill. 52; Smith v. McCarthy, 56 Pa. St. 359; Des Moines Gas Co. v. City of Des Moines, 44 Iowa, 505. The principle which underlies the decisions is well stated by our own court in Wright v. Defrees, 8 Ind. 298, where it was said: 'The powers of the three departments are not merely equal; they are exclusive in respect to the duties assigned to each. They are absolutely independent of each other.' * * * It is a rudimentary principle, acted upon again and again, that when it is ascertained that there is no jurisdiction, courts will go no further. It would not only be a vain and fruitless thing to assume to decide a question when there is no jurisdiction, but it would be a mischievous thing, because it would give an appearance of authority to that which is utterly destitute of force. Such a decision would be the merest shadow of authority, binding nobody. People v. Walter, 68 N. Y. 403. See Id. 411; Weeden v. Town Council, 9 R. I. 128." Smith v. Myers, 109 Ind. 1, 9 N. E. 695, 697, 698.

Having decided it is without jurisdiction, this court advisedly and properly refrains from expressing any opinion upon the effect of the joint resolution as a proposed constitutional amendment. It leaves that matter where it found it. It is silent upon the subject because the law does not authorize it to speak. An injunction cannot be granted. The action must be dismissed, and defendant have judgment for costs. It is so ordered, all the judges concurring.

---

STACY v. LIDDY *et al.*

(Opinion filed July 29, 1896.)

Appeal from circuit court, Sully county. Hon. LORING E. GAFFY, Judge.

Action by James R. Stacy against Phillip M. Liddy and others.   Judgment for plaintiff and defendants appeal.   Affirmed.

*Shunk & Rowe, McMillan & Dunlap*, and *Davis, Lyon & Gates*, *(Albert Gunderson*, of counsel), for appellants.

*Crawford & DeLand*, for respondent.

CORSON, P. J.   The facts in the above entitled cause are substantially the same as those in the case of Stacy v. Smith, 9 S. D. 137, 68 N. W. 198, and the case was submitted upon the same abstract and brief.   It will therefore be governed by the decision in that case.   Judgment of the circuit court and order denying a new trial affirmed.

FULLER, J., took no part in this decision.

---

## HAYES v. GLEASON et al.

(Opinion filed July 29, 1896.)

Appeal from circuit court, Sully county.   Hon. LORING E. GAFFY, Judge.

Action by W. R. Hayes against Evangeline F. Gleason and others.   Judgment for plaintiff and defendants appeal.   Affirmed.

*Shunk & Rowe, McMillan & Dunlap*, and *Davis, Lyon & Gates* *(Albert Gunderson*, of counsel), for appellants.

*Crawford & DeLand*, for respondent.

CORSON, P. J.   The facts in the above entitled cause are substantially the same as those in the case of Stacy v. Smith, 9 S. D. 137, 68 N. W. 198, and the case was submitted upon the same abstract and brief.   It will therefore be governed by the decision in that case.   Judgment of the circuit court and order denying a new trial affirmed.

FULLER, J., took no part in this decision.